UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DARRYL GODFREY,

                Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.
------------------------------------------------------------X

JUDGMENT
02-CV- 2101 (DLI)

     A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 28, 2006, granting defendant's motion for summary judgment on plaintiff's ADA and Title VII claims; and dismissing the remaining state law claim without prejudice; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted on plaintiff's ADA and Title VII claims; and that the remaining state law claim is dismissed without prejudice.

Dated: Brooklyn, New York
       August 28, 2006
         30

ROBERT C. HEINEMANN
Clerk of Court