UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
Darryl Godfrey,                                   :
                                                  :
                      Plaintiff,   :        **ORDER**
                                                  :
               -against-              :        02-CV-2101 (DLI)
                                                  :
New York City Transit Authority,                  :
                                                  :
                      Defendant.  :
-------------------------------------------------------x
In Re Floyd T. Ewing, III                         :
                                                  :
                                                  :        07-CV-825 (DLI)
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      Plaintiff's motion for entry of judgment against Floyd T. Ewing, III is hereby granted. The Clerk fo the Court is directed to enter judgment against Floyd T. Ewing, III pursuant to the order entered on January 17, 2007. It is further

      ORDERED that Floyd T. Ewing, III appear, with counsel, before the undersigned district judge on **Friday, February 1, 2008 at 4:00 p.m.** to show cause as to why he should not be held in criminal contempt for his failure to comply with the Court's order of January 17, 2007. Failure to appear as directed will result in the issuance of a warrant for the arrest of Floyd T. Ewing, III. It is further

      ORDERED that the Clerk of the Court mail a copy of this order to Floyd T. Ewing, III via certified mail with return receipt; electronic service shall suffice for service on all other parties.

SO ORDERED.

DATED:     Brooklyn, New York
               December 5, 2007

                                                _____/S/_____
                                                DORA L. IRIZARRY
                                                United States District Judge