UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DARRYL GODFREY,

                              Plaintiff,

   -against-

NEW YORK CITY TRANSIT AUTHORITY,

                              Defendant.
------------------------------------------------------------X

IN RE FLOYD T. EWING, III

------------------------------------------------------------X

JUDGMENT
02-CV-2101 (DLI)

07-CV-0825 (DLI)

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. NOV 0 6 2007 TIME A.M.

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on December 5, 2007, granting plaintiff's motion for judgment against Floyd T. Ewing, III; directing the Clerk of Court to enter judgment against Floyd T. Ewing, III pursuant to the Order entered on January 17, 2007; finding Mr. Ewing in civil contempt and sanctioning him $10,000.00 payable to the Clerk of Court; and ordering Floyd E. Ewing, III to pay plaintiff $8,000.00; it is

      ORDERED and ADJUDGED that plaintiff's motion for judgment against Floyd T. Ewing, III is granted; that judgment is hereby entered against Floyd T. Ewing, III finding Mr. Ewing in civil contempt and sanctioning him $10,000.00 payable to the Clerk of the Court; and that Floyd T. Ewing, III is ordered to pay plaintiff $8,000.00 by certified check.

Dated: Brooklyn, New York
       December 06, 2007

S/RCH
_____
ROBERT C. HEINEMANN
Clerk of Court